IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

REHABCARE GROUP EAST, INC.
d/b/a Rehabcare Group Therapy
Services, Inc.,

        Plaintiff,

vs.                                                     No. CIV 08-976 JP/LFG

WILLIAM KRYSTOPOWICZ,

        Defendant.

## ORDER VACATING SETTLEMENT CONFERENCE

THIS MATTER comes before the Court *sua sponte*. Plaintiff filed its Complaint [Doc. 1] on October 20, 2008. On May 27, 2009, the Court entered an Order [Doc. 31] setting a mandatory settlement conference in this case for July 31, 2009.

All parties recently filed a Stipulated Motion to Transfer Action to the Northern District of Georgia, Atlanta Division [Doc. 42]. In light of the impending transfer of this case to another district,

IT IS THEREFORE ORDERED that the mandatory settlement conference set for July 31, 2009 is hereby vacated.

                                                                         */s/ Lorenzo F. Garcia*
                                                                          Lorenzo F. Garcia
                                                                          Chief United States Magistrate Judge